UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ERIC WONG et al., :

            Plaintiffs, : <u>ORDER</u>

   -v.- :

                                                  25 Civ. 777 (GHW) (GWG)

MLB ADVANCED MEDIA, L.P., :

           Defendant. :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The Court assumes that the defendant wishes to pursue its motion to dismiss. It also assumes that, in light of the pendency of this matter in a new forum, the defendant would prefer to file a new memorandum of law in support of its motion (at a minimum, to cite case law that governs in this Circuit). Because the legal issues have otherwise been fully researched, the Court further assumes that this briefing can be accomplished on an expedited basis.

      Accordingly, the Court directs that the defendant's superseding memorandum of law shall be filed by March 13, 2025. Any opposition shall be filed by March 20, 2025. Any reply shall be filed by March 27, 2025. The memoranda of law shall comply with paragraph 2.D of the Court's Individual Practices.

      SO ORDERED.

Dated: March 6, 2025
       New York, New York

                                                                 GABRIEL W. GORENSTEIN
                                                                 United States Magistrate Judge