GOLDMAN
ISMAIL
TOMASELLI
BRENNAN &
BAUM LLP

Alan Littmann
312.881.5969
alittmann@goldmanismail.com

**VIA ECF**

March 27, 2025

Hon. Gabriel W. Gorenstein
Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Wong et al. v. MLB Advanced Media, L.P.,* Case No. 1:25-cv-00777-GHW-GWG

Dear Judge Gorenstein:

Pursuant to the Court's Individual Practices, I write on behalf of Defendant MLB Advanced Media, L.P. ("MLBAM") to advise the Court that MLBAM's Superseding Memorandum of Law in Support of its Motion to Strike and Dismiss Plaintiffs' Amended Complaint Pursuant to Federal Rules of Civil Procedure 12(f), 12(b)(6), and 12(b)(1) has now been fully briefed. (ECF Nos. 62, 66, and 69.)

Sincerely,

Alan E. Littmann

Alan Littmann

Cc: Counsel of Record (via ECF)