UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
BRYAN HENRY,

                Plaintiff,

                                       ORDER
        -against-                        24 Civ. 1446 (GHW) (GWG)

MAJOR LEAGUE BASEBALL
ADVANCED MEDIA, L.P.,

                Defendant.
-------------------------------------------------------X
AARON GOLLAND et al.,

                Plaintiffs,

    -v.-                             24 Civ. 6270 (GHW) (GWG)

MAJOR LEAGUE BASEBALL
ADVANCED MEDIA, L.P.,

                  Defendant.
-------------------------------------------------------X
ERIC WONG et al.,

                Plaintiffs,

    -v.-                             25 Civ. 777 (GHW) (GWG)

MLB ADVANCED MEDIA, L.P.,

                Defendant.
-------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

       The defendant in the above cases has leave to file a response to plaintiffs' letters on the <u>Solomon</u> case on or before May 30, 2025.

       SO ORDERED.

Dated:  May 22, 2025
         New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge