UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                     :

ERIC WONG et al.,

                                                     :                 ORDER

                        Plaintiffs,

                                                     :                 25 Civ. 777 (GHW) (GWG)

       -v.-                                                    :

                                                     :

ADVANCED MEDIA, L.P.

                                                     :

                      Defendant.              :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

   It appears in Docket # 82 that plaintiff is seeking a stay of the disposition of the defendant's motion to dismiss. Defendant is directed to file a letter stating its position on this request within 7 days.

       SO ORDERED.

Dated:  November 12, 2025
          New York, New York

                                                              _____
                                                              GABRIEL W. GORENSTEIN
                                                              United States Magistrate Judge